UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

TIARRA STEVENSON,

       PLAINTIFF,

v.

                                     Case No.:

]

EQUIFAX INFORMATION SERVICES,           2:20-cv-00330-TFM-N
LLC, *ET AL.*,

       DEFENDANTS.

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (ONLY)

Plaintiff Tiarra Amir Stevenson ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before April 12, 2021.

Plaintiff's claims against Defendant Trans Union, LLC remain before the court.

                            Respectfully submitted,

                            ***/s/ Micah S. Adkins***
                            Micah S. Adkins
                            (S.D. Ala. Bar No. adkim8639)
                            **THE ADKINS FIRM, P.C.**
                            1025 Westhaven Blvd., Suite 220
                            Franklin, Tennessee 37064
                            Telephone: (615) 370.9659
                            Facsimile: (205) 208.9632
                            Email: MicahAdkins@ItsYourCreditReport.com
                            *COUNSEL FOR PLAINTIFF*
                            *TIARRA STEVENSON*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Eric F. Barton
SEYFARTH SHAW LLP
1075 Peachtree Street NE Suite 2500
Atlanta, Georgia 30309

W. Brock Phillips
MAYNARD COOPER & GALE
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203

Archibald T. Reeves, IV
MCDOWELL KNIGHT ROEDDER &
SLEDGE
11 North Water Street, 13th Floor
Mobile, AL 36602

Michael Merar
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024

*/s/ Micah S. Adkins*
Micah S. Adkins