UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

TIARRA STEVENSON,

    PLAINTIFF,

v.

    Case No.: 2:20-cv-00330-TFM-N

EQUIFAX INFORMATION SERVICES,
LLC AND TRANS UNION, LLC,

    DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tiarra Stevenson ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax")(collectively referred to as the "Parties"), hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, Plaintiff's claims asserted against Equifax and said parties to bear their own costs and attorney's fees.

    Respectfully submitted,

    */s/ Micah S. Adkins*
    Micah S. Adkins
    (S.D. Ala. Bar No. adkim8639)
    **THE ADKINS FIRM, P.C.**
    1025 Westhaven Blvd., Suite 220
    Franklin, Tennessee 37064
    T: (615) 370.9659
    F: (205) 208.9632
    E: MicahAdkins@ItsYourCreditReport.com
    *COUNSEL FOR PLAINTIFF*
    *TIARRA STEVENSON*

/s/ Eric F. Barton (with consent)
Eric F. Barton
(admitted *pro hac vice*)
SEYFARTH SHAW LLP
1075 Peachtree Street NE Suite 2500
Atlanta, Georgia 30309
Telephone: 1 (404) 885-6772
Email: ebarton@seyfarth.com

W. Brock Phillips
MAYNARD COOPER & GALE
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1053
Email: bphillips@maynardcooper.com
*COUNSEL FOR DEFENDANT*
*EQUIFAX INFORMATION SERVICES, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same on the following counsel of record:

| | |
|---|---|
| Eric F. Barton<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street NE Suite 2500<br>Atlanta, Georgia 30309 | Archibald T. Reeves, IV<br>MCDOWELL KNIGHT ROEDDER & SLEDGE<br>11 North Water Street, 13th Floor<br>Mobile, AL 36602 |
| W. Brock Phillips<br>MAYNARD COOPER & GALE<br>1901 Sixth Avenue North, Suite 1700<br>Birmingham, AL 35203 | Michael Merar<br>QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>6900 North Dallas Parkway, Suite 800<br>Plano, Texas 75024 |

/s/ Micah S. Adkins
Micah S. Adkins